IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MARGARETO SAENZ,

    Petitioner,

v.                                CIVIL NO.: 12-CV-1263 RB/CG

RAY TERRY, WARDEN

    Respondent.

## O R D E R

**THIS MATTER** comes before the Court upon Respondent's *Motion for Extension of Time in Which to File an Answer*, filed January 4, 2013, (Doc. 6). The Court, having reviewed the motion and being fully advised in the premises, finds the motion is well taken and shall be granted.

**IT IS THEREFORE ORDERED** that Respondent's motion is hereby granted and the period of time in which to file an Answer Brief is hereby extended until January 18, 2013.

_____
HONORABLE CARMEN E. GARZA
UNITED STATES MAGISTRATE JUDGE